JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE C. HATCHER, <br>     Plaintiff, <br>     v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 2:18-cv-1590-SK <br><br> **JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: June 17, 2020

                                      HON. STEVE KIM
                                      U.S. MAGISTRATE JUDGE